IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EAST PERIMETER POINTE APARTMENTS, LP<br><br>v.<br><br><br>DAYSHA DAVIS<br>AND ALL OTHER<br>OCCUPANTS. | FEDERAL CASE NO.: 1:17-cv-03758-SCJ-RGV<br><br>Dekalb County Magistrate Court<br><br>Case No. 17D24524 |

RESPONSE IN OPPOSITION OF PETITIONER'S NOTICE OF REMOVAL AND FEDERAL STAY OF EVICTION PURSUANT TO 28 U.S.C.A. 1441 AND MOTION TO REMAND TO STATE COURT

COMES NOW, EAST PERIMETER POINTE APARTMENTS, LP, PLAINTIFF above and Respondant below, by and through undersigned counsel of record and files its Response in Opposition of Daysha Davis and all other occupants Notice of Removal and Federal Stay of Eviction by showing this Honorable Court the following:

**BRIEF FACTS**

East Perimeter Pointe leased certain property known as 4908 Treecrest Parkway Dr, Decatur, Georgia 30035, located in Dekalb County, Georgia to Daysha Davis and all other occupants. Daysha Davis and all others have violated the terms of the lease agreement by failing to pay rent and a dispossessory affidavit was filed in Dekalb County Magistrate Court seeking possession of the premises on Sepetember 19, 2017. Also on September 26, 2017, Ms. Davis was served with dispossessory warrant. On September 27, 2017, Ms. Davis filed a Notice of Removal to District Court (17-CV-03758).

**ARGUMENT AND CITATION OF AUTHORITY**

Pursuant to 28 U.S.C. § 1332, the District Court may exercise jurisdiction over a civil action where the parties are diverse in citizenship and the matter in controversy exceeds $75,000.00 exclusive of interest and costs.  In the case at bar, the parties are not diverse in citizenship based on 28 U.S.C. § 1332(a) in that both parties are residents of the State of Georgia, respective and there is no amount in controversy between the parties.  Respondant seeks possession of the premises for lease violations and therefore there is no federal question to be determined based on 28 U.S.C. § 1332.  Thus, removal of the action is not proper on the base of the amount in controversy, no federal question or diversity of citizenship.

WHEREFORE, East Perimeter Pointe requests that this Court dismiss Daysha Davis and all other's Notice of Removal and Federal Stay of Eviction and remand this case back to Dekalb County Magistrate Court and allow it to move forward with the eviction.

This 27th Day of September, 2017.

                                          Respectfully submitted,

                                          /s/ Michael W. Scaljon
                                          Georgia Bar No 711108
                                          Attorney for East Perimeter Pointe
                                          Apartments, LP
                                          2210 Sullivan Road
                                          College Park, GA 30337
                                          Phone : 404-477-5523
                                          Fax : 404-477-5525
                                          Email: michael_scaljon@ventron.net

IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EAST PERIMETER POINTE APARTMENTS, LP<br><br>v.<br><br><br><br>DAYSHA DAVIS AND ALL OTHER OCCUPANTS. | FEDERAL CASE NO.: 1:17-cv-03758-SCJ-RGV<br><br>Dekalb County Magistrate Court<br><br>Case No. 17D24524 |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and exact copy of the within and foregoing RESPONSE IN OPPOSITION OF PETITIONER'S NOTICE OF REMOVAL AND FEDERAL STAY OF EVICTION AND MOTION TO REMAND TO STATE COURT upon opposing party by First Class Mail with sufficient postage affixed thereon to insure delivery and addressed to:

Daysha Davis
4908 Treecrest Parkway Drive
Decatur, GA 30035

This 27th day of September, 2017.

/s/ Michael W. Scaljon
Georgia Bar No 711108
Attorney for East Perimeter Pointe Apartments, LP
2210 Sullivan Road
College Park, GA 30337
Phone : 404-477-5523
Fax : 404-477-5525
Email: michael_scaljon@ventron.net